ROBERT S. LARSEN, ESQ.
Nevada Bar No. 7785
WING YAN WONG, ESQ.
Nevada Bar No. 13622
GORDON REES SCULLY MANSUKHANI, LLP
300 South 4th Street, Suite 1550
Las Vegas, Nevada 89101
Telephone: (702) 577-9300
Facsimile: (702) 255-2858
E-Mail: rlarsen@grsm.com
wwong@grsm.com

*Attorneys for I.Q. Data International, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| IAN DYER, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>I.Q. DATA INTERNATIONAL, INC., a foreign corporation,<br><br>Defendant. | Case No.: 2:19-cv-01876-GMN-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR I.Q. DATA INTERNATIONAL, INC. TO RESPOND TO COMPLAINT [ECF NO. 1]**<br><br>**(FIRST REQUEST)** |

Pursuant to Local Rules 6-1 and 7-1, Plaintiff Ian Dyer ("Plaintiff") and Defendant I.Q. Data International, Inc. ("IQ Data"), by and through their respective attorneys of record, stipulate as follows:

**STIPULATION**

1. Plaintiff filed his Complaint on October 23, 2019 [ECF No. 1].

2. I.Q. Data was served with the Summons and Complaint on October 29, 2019, making its response to the Complaint due on November 19, 2019.

3. I.Q. Data recently retained counsel, and a short extension is necessary to allow I.Q. Data's counsel to obtain the file and investigate the allegations in the Complaint before responding.

4. The extension will also allow the parties to conduct early resolution discussions.

5. Plaintiff has no objection to the extension.

-1-

6. This request for an extension is made in good faith and not for purposes of delay.

7. Therefore, the parties agree that I.Q. Data's response to the Complaint is now due on or before **December 10, 2019**.

DATED: November 12, 2019.

GORDON REES SCULLY MANSUKHANI, LLP

*/s/ Wing Yan Wong*
Robert S. Larsen, Esq.
Nevada Bar No. 7785
Wing Yan Wong, Esq.
Nevada Bar No. 13622
300 So. 4th Street, Suite 1550
Las Vegas, NV 89101

*Attorneys for I.Q. Data International, Inc.*

DATED: November 12, 2019.

LAW OFFICES OF KEVIN L. HERNANDEZ

*/s/ Kevin L. Hernandez*
Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
8872 S. Eastern Avenue, Suite 270
Las Vegas, Nevada 89123

*Attorneys for Plaintiff Ian Dyer*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: November 14, 2019