ROBERT S. LARSEN, ESQ.
Nevada Bar No. 7785
WING YAN WONG, ESQ.
Nevada Bar No. 13622
GORDON REES SCULLY MANSUKHANI, LLP
300 South 4th Street, Suite 1550
Las Vegas, Nevada 89101
Telephone: (702) 577-9300
Facsimile: (702) 255-2858
E-Mail: rlarsen@grsm.com
wwong@grsm.com

*Attorneys for I.Q. Data International, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| IAN DYER, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>I.Q. DATA INTERNATIONAL, INC., a foreign corporation,<br><br>Defendant. | Case No.: 2:19-cv-01876-GMN-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR I.Q. DATA INTERNATIONAL, INC. TO RESPOND TO COMPLAINT [ECF NO. 1]**<br><br>**(SECOND REQUEST)** |

Pursuant to Local Rules 6-1 and 7-1, Plaintiff Ian Dyer ("Plaintiff") and Defendant I.Q. Data International, Inc. ("I.Q. Data"), by and through their respective attorneys of record, stipulate as follows:

**STIPULATION**

1. Plaintiff filed his Complaint on October 23, 2019. *See* ECF No. 1.

2. I.Q. previously obtained an extension to respond to the Complaint by December 10, 2019. *See* ECF No. 8.

3. The parties are actively exploring resolution and believe an additional brief extension of approximately two weeks could help facilitate the on-going settlement discussion.

4. This request for an extension is made in good faith and not for purposes of delay.

5. Therefore, the parties agree that I.Q. Data's response to the Complaint is now due on or before **December 26, 2019**.

DATED: December 6, 2019.

GORDON REES SCULLY MANSUKHANI, LLP

*/s/ Wing Yan Wong*
Robert S. Larsen, Esq.
Nevada Bar No. 7785
Wing Yan Wong, Esq.
Nevada Bar No. 13622
300 So. 4th Street, Suite 1550
Las Vegas, NV 89101

*Attorneys for I.Q. Data International, Inc.*

DATED: December 6, 2019.

LAW OFFICES OF KEVIN L. HERNANDEZ

*/s/ Kevin L. Hernandez*
Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
8872 S. Eastern Avenue, Suite 270
Las Vegas, Nevada 89123

*Attorneys for Plaintiff Ian Dyer*

**ORDER**

IT IS SO ORDERED.

UNITED STATES MAGISTRATE JUDGE

DATED: December 10, 2019